IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CIVIL ACTION NO. 0:24-CV-61855-SMITH

**BRYANNA LOTT,**

        **Plaintiff,**

v.

**GENERAL MOTORS FINANCIAL COMPANY, INC.,**

        **Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Bryanna Lott ("Plaintiff") and Defendant General Motors Financial Company, Inc., by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, with prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of January, 2025.

| | |
|---|---|
| */s/ Bryanna Lott (w/permission)* | */s/ Matthew T. Mitchell* |
| Bryanna Lott | Matthew T. Mitchell (FL Bar # 18319) |
| 3440 SW 63rd Avenue | BURR & FORMAN LLP |
| Miramar, FL  33023 | 200 East Broward Boulevard, Suite 1020 |
| Telephone:  (786) 726-0262 | Fort Lauderdale, FL 33301 |
| bryanna.lott@aol.com | Telephone:  (954) 414-6213 |
| | mmitchell@burr.com |
| *Pro se plaintiff* | |
| | Attorney for Defendant |
| | AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL |

56486482 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a copy has been served on the following by U.S. First Class Mail, postage prepaid:

Bryanna Lott
3440 SW 63rd Avenue
Miramar, FL  33023

          */s/ Matthew T. Mitchell*
          OF COUNSEL