UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61855-CIV-SMITH

BRYANNA LOTT,

    Plaintiff,

v.

GENERAL MOTORS FINANCIAL COMPANY, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 7].  Upon consideration, it is

**ORDERED** that:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear their own fees and costs.

3. The case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of January, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record